# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KEITH WOODWARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-00893 |
| | ) | |
| v. | ) | Removed from: |
| | ) | |
| CONVERGENT OUTSOURCING, INC., | ) | Cook County |
| | ) | Circuit Court, Chancery Division |
| Defendant. | ) | Case No.: 2022 CH 00227 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Convergent Outsourcing, Inc. (hereinafter "Convergent"), by its attorneys, respectfully files this Notice of Removal to remove this action from the Cook County Circuit Court, Chancery Division to the United States District Court for the Northern District of Illinois. In support of this Notice of Removal, Convergent states as follows:

1. Plaintiff, Keith Woodward, originally commenced this action by filing a Complaint against Convergent in the Cook County Circuit Court, Chancery Division captioned *Keith Woodward v. Convergent Outsourcing, Inc.*, Case No. 2022-CH-00227, on January 11, 2022. Convergent was served on January 20, 2022. A true and correct copy of the Complaint is attached hereto as Exhibit A. No further proceedings before the state court have occurred.

2. For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a cause of action arising under the laws of the United States.

3. Plaintiff's Complaint alleges that Convergent violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, in connection with allegedly unlawful collection activities concerning Plaintiff's debt. Plaintiff seeks actual and statutory damages, punitive damages, and attorney's fees and costs.

4. The United States Supreme Court has affirmed that federal question jurisdiction exists when presented with a substantial federal question. *Grable & Sons Metal Prods., Inc. v. Darue Eng. & Mfg.*, 545 U.S. 308 (2005). Because Plaintiff seeks relief for a cause of action arising under a federal statute, the Complaint asserts a federal question under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k, and it is therefore removable pursuant to 28 U.S.C. § 1441.

5. The Complaint also alleges violations of the Illinois Collection Agency Act, Ch. 225 ILCS 425/1, *et seq.* This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over this cause of action because it is based on the same operative facts alleged in the Complaint with respect to Plaintiff's FDCPA claim and is so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within thirty (30) days after service of the Complaint on Defendant Convergent. Convergent was served on January 20, 2022.

7. The Cook County Circuit Court, Chancery Division is located within the federal Northern District of Illinois. Therefore, venue for purposes of removal is proper

because the United States District Court for the Northern District of Illinois embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being caused to be served on Plaintiff, through his attorneys, at the address provided in the Complaint. Notice will also be promptly filed with the clerk of the Cook County Circuit Court.

9. Convergent files this Notice of Removal solely for the purpose of removing the state court action and does not waive, and specifically reserves, all defenses.

WHEREFORE, Defendant Convergent Outsourcing, Inc. gives notice that this action is removed to the United States District Court for the Northern District of Illinois, and respectfully requests that no further proceedings in this matter be had in the Cook County Circuit Court.

Date: February 18, 2022            Respectfully submitted,

*s/ Andrew E. Cunningham*
Andrew E. Cunningham
Morgan I. Marcus
Sessions, Israel & Shartle, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Telephone: (312) 578-0992
E-mail: acunningham@sessions.legal
          mmarcus@sessions.legal

*Attorneys for Defendant*
*Convergent Outsourcing, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2022, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by electronic mail to Plaintiff's counsel at the following address:

Stephen J. Pigozzi
Edelman, Combs, Latturner, & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
spigozzi@edcombs.com

    Respectfully submitted,

    *s/ Andrew E. Cunningham*
    Andrew E. Cunningham, Esq.